# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AARON C. GIBBS, | ) | Case No: 4:05CV3163 |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER DIRECTING CLERK** |
| v. | ) | **TO RETURN STATE COURT** |
| | ) | **RECORDS** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court Records filed as attachments to Filing #12, labeled S12A, S12B, S12C, and S12D, be returned to George R. Love, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in the U.S. District Court Clerk's Office, Lincoln, Nebraska.

DATED this 30th day of July, 2007.

BY THE COURT


s/ Joseph F. Bataillon
United States District Judge